PGK:nlv:San Diego:9/7/21

FILED
Sep 08 2021
11:21 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ soniad     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '21 CR2627 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 1119 and 1111 - Foreign First-Degree Murder of United States Nationals |
| MATTHEW TAYLOR COLEMAN, | |
| Defendant. | |

The grand jury charges:

Count 1

[18 U.S.C. §§ 1119, 1111]

On or about August 9, 2021, outside of the United States and within the jurisdiction of Mexico, defendant MATTHEW TAYLOR COLEMAN, a national of the United States as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, Section 1101(a)(22), who was arrested in the Southern District of California, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed K.C., a national of the United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act,

Title 8, United States Code, Section 1101(a)(22); all in violation of Title 18, United States Code, Sections 1119 and 1111.

Count 2

[18 U.S.C. §§ 1119, 1111]

On or about August 9, 2021, outside of the United States and within the jurisdiction of Mexico, defendant MATTHEW TAYLOR COLEMAN, a national of the United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, Section 1101(a)(22), who was arrested in the Southern District of California, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed R.C., a national of the United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, Section 1101(a)(22); all in violation of Title 18, United States Code, Sections 1119 and 1111.

NOTICE OF SPECIAL FINDINGS

The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated here.

As to Count 1, defendant MATTHEW TAYLOR COLEMAN:

1. Was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

2. Intentionally killed K.C. (18 U.S.C. § 3591(a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of K.C. (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than a participant of the offense, and K.C. died as a result of the act (18 U.S.C. § 3591(a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant of the offense, such that participation in the act constituted a reckless disregard for human life and K.C. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

6. Committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture and serious physical abuse to K.C. (18 U.S.C. § 3592(c)(6));

7. Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9));

8. Committed the offense against K.C., who was particularly vulnerable due to his young age of two years old (18 U.S.C. § 3592(c)(11)); and

9. Intentionally killed more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

As to Count 2, defendant MATTHEW TAYLOR COLEMAN:

10. Was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

11. Intentionally killed R.C. (18 U.S.C. § 3591(a)(2)(A));

12. Intentionally inflicted serious bodily injury that resulted in the death of R.C. (18 U.S.C. § 3591(a)(2)(B));

13. Intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than a participant of the offense, and R.C. died as a result of the act (18 U.S.C. § 3591(a)(2)(C));

14. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other

than a participant of the offense, such that participation in the act constituted a reckless disregard for human life and R.C. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

    15. Committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture and serious physical abuse to R.C. (18 U.S.C. § 3592(c)(6));

    16. Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9));

    17. Committed the offense against R.C., who was particularly vulnerable due to her young age of ten months old (18 U.S.C. § 3592(c)(11)); and

    18. Intentionally killed more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

    DATED: September 8, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: /s/ *signature*
JOANNA M. CURTIS
KEVIN J. BUTLER
BILLY JOE MCLAIN
Special Asst. U.S. Attorneys

PETER KO
Assistant U.S. Attorney