# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 4 2021

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| Matthew Taylor Coleman | Case Number: 21cr2627-CAB |

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Matthew Taylor Coleman**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18: U.S.C., Secs. 1119 and 1111 - Foreign First-Degree Murder of United States Nationals

DATE: 9/9/21
ARRESTED BY: FBI
Los Angeles District
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

2021 SEP -8 AM 11:45  RECEIVED U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) ___

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Dunbar | 9/8/2021 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___NO BAIL___ by ___The Honorable Allison H. Goddard___
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |