| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443)<br>Federal Public Defender<br>ELENA SADOWSKY (Bar No. 302053)<br>(E-Mail: Elena_Sadowsky@fd.org)<br>CHRISTY O'CONNOR (Bar No. 250350)<br>(E-Mail: Christy_O'Connor@fd.org<br>Deputy Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, CA 90012<br>Telephone: (213) 894-3218<br>Facsimile: (213) 894-0081 |

Attorneys for Defendant
Matthew Taylor Coleman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-2627-CAB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MATTHEW TAYLOR COLEMAN, | |
| Defendant. | |

Please take notice that Federal Public Defender Cuauhtemoc Ortega hereby gives notice that he has been assigned to represent Defendant Matthew Taylor Coleman.

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

Respectfully submitted,

DATED: October 4, 2021        By  */s/Cuauhtemoc Ortega*
                              CUAUHTEMOC ORTEGA
                              Federal Public Defender
                              Attorney for Matthew Taylor Coleman