UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 21CR2627-CAB |
| | ) |
| v. | ) FINDINGS OF FACT AND ORDER RE |
| | ) WAIVER OF DETENTION PENDING |
| | ) TRIAL |
| MATTHEW TAYLOR COLEMAN, | ) |
| | ) |
| Defendant. | ) |

In accordance with 18 U.S.C. § 3142(f), a detention hearing was held on September 29, 2021, to determine whether defendant Matthew Taylor Coleman should be admitted to bail or held in custody without bail pending trial and, if convicted, sentencing in this matter.

At the hearing, Coleman knowingly and voluntarily waived all rights to the setting of bail and the detention hearing. Based on that waiver, the Court orders Coleman detained pending trial and, if convicted, sentencing, without prejudice to or waiver of Coleman's right to later apply for bail and conditions of release.

**ORDER**

IT IS ORDERED that Coleman shall be detained pending trial and, if convicted, sentencing in this case.

IT IS FURTHER ORDERED that Coleman shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Coleman shall be afforded reasonable opportunity for private consultation with counsel.

While in in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Coleman to the United States Marshal for appearances in connection with court proceedings or any other appearance stipulated to by defense and government counsel.

This Order is entered without prejudice to Coleman's exercise of the right to bail and a detention hearing at a future date.

DATED:   October 5, 2021

_____
BARBARA L. MAJOR
United States Magistrate Judge