UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW TAYLOR COLEMAN, <br><br> Defendant. | ) No. 21CR2627-CAB <br> ) <br> ) ORDER ON JOINT MOTION TO <br> ) CONTINUE MOTION HEARING/TRIAL <br> ) SETTING <br> ) <br> ) <br> ) <br> ) <br> ) |

The United States of America and defendant MATTHEW TAYLOR COLEMAN jointly move to continue the motion hearing and trial setting from Nov. 5, 2021, 10:30 a.m. to a date and time convenient to the court in May 2022. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 2(c)(1)-(6) of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

1

**IT IS HEREBY ORDERED** that the joint motion is granted. The Motion Hearing/Trial Setting set for November 5, 2021 shall be continued to May 19, 2022 at 9:30 AM.

**IT IS FURTHER ORDERED** that a Status Hearing shall also be held February 3, 2022 at 9:30 AM.

**IT IS FURTHER ORDERED** that the period from November 5, 2021 through May 19, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

DATED: October 29, 2021.

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge

2