CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ELENA SADOWSKY (Bar No. 302053)
CHRISTY O'CONNOR (Bar No. 250350)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
Matthew Taylor Coleman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>Defendant. | Case No. 21-cr-2627-CAB<br><br>**JOINT MOTION TO CONTINUE STATUS HEARING**<br><br>Date: February 3, 2022<br>Time: 9:30 a.m. |

The United States of America and defendant MATTHEW TAYLOR COLEMAN jointly move to continue the status hearing from February 3, 2022, at 9:30 a.m. to May 19, 2022 at 9:30 a.m. or to a date and time convenient to the court in May 2022. In support of this motion, the parties state the following:

**I.    Discovery Productions**

There have been four discovery productions thus far. The first three consist of about 560.5 gigabytes of data, including reports by state and federal agencies and Mexican law enforcement, audio and video recordings (including body camera recordings, recordings of activity at the San Ysidro Port of Entry, recordings of or from the area where K.C.'s and R.C.'s bodies were recovered, and jail calls), transcripts, photographs, subpoenaed records, legal pleadings, and cell site data.

1

The fourth and most recent discovery production contains the most data by far. On November 4, 2021, the government produced and delivered to the defense a hard drive containing the mirrored drives for four digital devices: an iPhone, iPad, and computer purportedly belonging to Matthew Coleman, and an iPhone purportedly belonging to Abigail Coleman. On November 17, 2021, the defense requested from the government the raw image files of the Cellebrite extraction and devices images so that the data would be compatible with the programs used by the defense for review and analysis. On December 3, 2021, a drive containing those raw images were delivered to the defense. In total, the four digital devices contain approximately one terabyte[1] of information. Since December 3, the defense has begun but not completed its review and analysis of that data.

## II. The Defense's Ongoing Investigative Efforts

The defense has been working diligently to gather information, including through records collection and witness interviews, in preparation for the Department of Justice's death penalty protocol, the procedural steps to which the United States Attorneys and Main Justice adhere in considering whether the death penalty should be sought, and in preparation for trial in this case. One aspect of the death penalty protocol is opportunities for the defense to present mitigating information to the U.S. Attorney's Office and Main Justice. The defense tentatively expects it will have sufficient information and have conducted sufficient investigation to make that presentation to the U.S. Attorney's Office in June 2022.

---

[1] One terabyte is roughly equivalent to 728,177 floppy disks, or 1,498 CD-ROM discs of storage. https://www.lifewire.com/terabytes-gigabytes-amp-petabytes-how-big-are-they-4125169 (last accessed January 28, 2022). Put another way, a terabyte equals about 6.5 million document pages, or 1,300 physical filing cabinets of paper. https://experience.dropbox.com/resources/how-much-is-1tb (last accessed January 28, 2022).

Since roughly mid-to-late December, however, a surge of COVID-19 cases in the Central District, largely due to the Omicron variant[2], has affected the defense's ability to conduct in-person investigative tasks. With the exception of client visits, the defense team has suspended in-person investigative efforts until the Omicron surge subsides and it is safe to proceed.

### III.  The Parties' Continuance Request

Mr. Coleman is charged with foreign first-degree murder of United States nationals, in violation of 18 U.S.C. §§ 1119 and 1111. He made his initial appearance in the Central District on August 11, 2021, case no. 21-mj-03722, and first appeared in this District on September 29, 2021. On November 1, 2021, the Court granted the parties' joint motion to continue the motions hearing and trial setting from November 5, 2021, to May 19, 2022. The Court also set a status hearing for February 3, 2022, at 9:30 a.m. The parties now move to continue the February 3, 2022, status hearing to May 19, 2022, or to a date and time that is convenient with the Court. The order entered on October 29, 2021, excluded the time within which the trial must commence under the Speedy Trial Act through May 19, 2022.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  January 31, 2022

By  /s/ Christy O'Connor
CUAUHTEMOC ORTEGA
Federal Public Defender
CHRISTY O'CONNOR
ELENA SADOWSKY
Deputy Federal Public Defenders
Attorneys for Matthew Taylor Coleman

---

[2] *See, e.g.,* Order of the Chief Judge 22-001 (Temporary Suspension of Jury Trials), Order of the Chief Judge 22-002 (Extension of the Temporary Suspension of Jury Trials). http://www.cacd.uscourts.gov/news/coronavirus-covid-19-guidance (last accessed January 28, 2022).

3

| | |
|---|---|
| | RANDY S. GROSSMAN<br>United States Attorney |
| DATED: January 31, 2022 | By  */s/ Peter Ko*<br>JOANNA M. CURTIS<br>KEVIN J. BUTLER<br>BILLY JOE MCLAIN<br>Special Assistant United States Attorneys<br>PETER KO<br>Assistant United States Attorney |