CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ELENA SADOWSKY (Bar No. 302053)
CHRISTY O'CONNOR (Bar No. 250350)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
MATTHEW TAYLOR COLEMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-2627-CAB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| MATTHEW TAYLOR COLEMAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that the joint motion is granted. The status hearing shall be continued to _____

DATED: _____     By _____
             HON. CATHY ANN BENCIVENGO
             United States District Judge