# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>　　　　　Defendant. | Case No. 21-CR-2627-CAB<br><br>**ORDER ON JOINT MOTION FOR CONTINUANCE OF STATUS HEARING** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that the joint motion is granted in part. The Status Hearing set for February 3, 2022, is hereby vacated.  The matter shall just proceed with the Motion Hearing/Trial Setting currently set on the Court's docket on May 19, 2022, at 9:30 AM.

　　　　IT IS SO ORDERED.

DATED:  1/31/2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge