```
RANDY S. GROSSMAN
United States Attorney
JOANNA M. CURTIS (Cal. Bar No. 203151)
Special Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:     (213) 894-0298
Email:         joanna.curtis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>           Defendant. | No. 21CR2627-CAB<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorize to practice under Civil L.R. 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under Civ L.R. 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECM purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Peter Ko, Assistant United States Attorney

(Peter.Ko2@usdoj.gov);

Billy Joe McLain, Special Assistant United States Attorney

1     (Billy.McLain@usdoj.gov); and
2     Kevin Butler, Special Assistant United States Attorney
3     (Kevin.Butler@usdoj.gov)
4     Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECM, please terminate this association):
9     Name
10    None.
11    Please feel free to contact me if you have questions about this notice.

Dated: April 25, 2022              Respectfully submitted,

                                   RANDY S. GROSSMAN
                                   United States Attorney


                                        /s/*Joanna Curtis*
                                   JOANNA M. CURTIS
                                   Special Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

2

**TABLE OF CONTENTS**

DESCRIPTION                                                                                       PAGE

**TABLE OF AUTHORITIES**

<u>DESCRIPTION</u>                                                                                                   <u>PAGE</u>

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Start here.

**II.  STATEMENT OF FACTS**

**III. ARGUMENT**

**IV.   CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court INSERT HERE.