# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>        Defendant. | Case No. 21-CR-2627-CAB<br><br>**ORDER ON JOINT MOTION CONTINUING MOTION HEARING/TRIAL SETTING** |

      The United States of America and defendant MATTHEW TAYLOR COLEMAN jointly move to continue the motion hearing and trial setting from May 19, 2022, 9:30 a.m. to a date and time convenient to the court in late July or early August 2022. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For reasons stated in paragraph 3(c)(i)-(vi) of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

      **IT IS HEREBY ORDERED** that the joint motion is granted. The Motion Hearing/Trial Setting set for May 19, 2022, shall be continued July 28, 2022, at 9:30 a.m.

**IT IS FURTHER ORDERED** that the period from May 19, 2022, through July 28, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

DATED:  5/13/2022

                                        HON. CATHY ANN BENCIVENGO
                                        United States District Judge