1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA    ) No. 21CR2627-CAB
                                 )
11                    Plaintiff, ) ORDER ON JOINT MOTION TO
                                 ) CONTINUE STATUS HEARING
12        v.                     )
                                 )
13                               )
     MATTHEW TAYLOR COLEMAN,     )
14                               )
                      Defendant. )
15   _____)

16

17       The United States of America and defendant MATTHEW

18   TAYLOR COLEMAN jointly move to continue the status

19   hearing from July 28, 2022, 9:30 a.m. to a date and

20   time convenient to the court in October 2022. The

21   parties also jointly move to exclude time under the

22   Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

23       IT IS HEREBY ORDERED that the joint motion of the

24   parties is DENIED.

25       IT IS FURTHER ORDERED the Motion Hearing/Trial

26   Setting set for July 28, 2002, is vacated and shall

27   proceed as a telephonic Status Hearing on July 28,

28                                1

2022, at 9:30 a.m., with counsel only.  The parties
shall dial into the teleconference line at (888) 398-
2342, access code: 1749358#.

    IT IS SO ORDERED.

    DATED:  July 22, 2022.

_____
HON. CATHY ANN BENCIVENGO
United States District Judge