SEAN K. KENNEDY (Bar No. 145632)
(E-Mail: Sean.Kennedy@lls.edu)
919 S. Albany Street, Founders Hall 245
Los Angeles, California 90015
Telephone: (213) 736-8302

Attorneys for Defendant
Matthew Taylor Coleman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>Defendant. | Case No. CR 21-cr-2627-CAB<br><br>**NOTICE OF APPEARANCE** |

Please take notice the attorney Sean K. Kennedy hereby gives notice of his appearance as "Learned Counsel" in this case.

Please make all necessary changes to the court's case Management/Electronic Case Filing System to accurate reflect Mr. Kennedy as Learned Counsel and ensure that he receive all e-mails relating to filings in this case.

Respectfully submitted,

DATED: July 27, 2022         */s/ Sean K. Kennedy*
_____
SEAN K. KENNEDY
Learned Counsel