RANDY S. GROSSMAN
United States Attorney
JOANNA M. CURTIS, CBN 203151
KEVIN J. BUTLER, CBN 329129
BILLY JOE MCLAIN, CBN 290682
Special Assistant U.S. Attorneys
PETER KO, CBN 191994
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-7359
Email: peter.ko2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21CR2627-CAB |
| | ) | |
| Plaintiff, | ) | JOINT STATUS REPORT AND MOTION |
| | ) | TO EXCLUDE TIME UNDER SPEEDY |
| v. | ) | TRIAL ACT |
| | ) | |
| MATTHEW TAYLOR COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The court directed the parties to file a status report within 3 days of the defense presentation to the Department of Justice Capital Case Review Committee. On Sept. 27, 2022, the defense made its presentation to the committee. The committee now will make a recommendation to the Attorney General. The timing of that recommendation and the Attorney General's ultimate decision are not known.

(The minute entry for the July 28, 2022, status hearing indicates the parties must submit this report within 3 days of the Attorney General's decision whether to seek the death

penalty. ECF 36. We recall the court saying it wanted the report within 3 days of the defense presentation to the committee. We therefore provide this report now and apologize if we are mistaken.)

In the July 28 hearing, the court said it would schedule another status hearing upon receipt of this report. The parties respectfully ask the court to schedule a telephonic status hearing in December 2022. If a decision is made before then, the prosecution will promptly notify the defense and the court, and the status hearing may be advanced. If a decision is not made by then, the parties should have a better sense of the time to a decision.

In the July 28 hearing, the court excluded the period of July 28 to the filing of this report from the time within which trial must start under the Speedy Trial Act, 18 U.S.C. 3161, et seq., for reasons given at the hearing and in the parties' joint motion filed July 21, 2022. See ECF 33.

The parties jointly move the court to exclude the time for the trial to start under the STA from the filing of this report until the next status hearing. In addition to the reasons enumerated in the prior requests for continuance, see ECF 19, 21, 29, 33, 36, the extra time is needed to complete the process of deciding whether the death penalty will be sought. Such time is excludable under 18 U.S.C. 3161(h)(7), if the court finds the ends of justice served by the continuance outweigh the best

interest of the public and defendant in a speedy trial, after considering the factors in 18 U.S.C. 3161(h)(7)(B).

DATED: September 30, 2022

                        Respectfully submitted,

                        RANDY S. GROSSMAN
                        United States Attorney

                        s/Peter Ko

                        JOANNA M. CURTIS
                        KEVIN J. BUTLER
                        BILLY JOE MCLAIN
                        Special Assistant U.S. Attorneys

                        PETER KO
                        Assistant U.S. Attorney


                        s/Cuauhtemoc Ortega (w/authorization)

                        CUAUHTEMOC ORTEGA
                        Federal Public Defender
                        CHRISTY O'CONNOR
                        ELENA SADOWSKY
                        Deputy Federal Public Defenders

                        SEAN KEVIN KENNEDY
                        Counsel for Coleman