UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>                             Defendant. | Case No.:  21cr2627-CAB<br><br>**ORDER SETTING DEADLINE FOR DECISION ON CAPITAL CHARGES AND SETTING FURTHER TELEPHONIC STATUS HEARING** |

A telephonic status hearing was held on December 2, 2022, at 2:00 p.m.  Christine Carr O'Connor, Esq., Elena Rose Sadowsky, Esq., and Sean Kevin Kennedy, Esq., appeared on behalf of Defendant Matthew Taylor Coleman.  Kevin James Butler, Esq., and Peter Ko, Esq., appeared on behalf of the United States.

**IT IS ORDERED** that the United States shall issue a decision on capital charges no later than **January 31, 2023**.

**IT IS FURTHER ORDERED** that a telephonic status hearing is **HEREBY SET** for **February 9, 2023**, at **9:00 a.m**.  Counsel are instructed to connect through the following conference connection:  1-619-657-0677, Phone Conference ID:  297 511 170#.

**IT IS FURTHER ORDERED** that the period of time from today to the status hearing on February 9, 2023, shall be excluded in calculating the time for trial to start

under the Speedy Trial Act.  The Court finds the ends of justice served by such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated:  December 2, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge