RANDY S. GROSSMAN
United States Attorney
JOANNA M. CURTIS, CBN 203151
KEVIN J. BUTLER, CBN 329129
BILLY JOE MCLAIN, CBN 290682
Special Assistant U.S. Attorneys
PETER KO, CBN 191994
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-7359
Email: peter.ko2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21CR2627-CAB |
| Plaintiff, | NOTICE RE DEATH PENALTY |
| v. | |
| MATTHEW TAYLOR COLEMAN, | |
| Defendant. | |

The United States of America will not seek the death penalty for defendant Matthew Taylor Coleman.

DATED: January 30, 2023.

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

JOANNA M. CURTIS
KEVIN J. BUTLER
BILLY JOE MCLAIN
Special Assistant U.S. Attorneys

s/Peter Ko
PETER KO
Assistant U.S. Attorney