1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    UNITED STATES OF AMERICA,                Case No. 21-CR-2627-CAB
12              Plaintiff,
                                               **ORDER FOR ACCESS TO**
13         v.                                  **INMATE IN CELL**
14    MATTHEW TAYLOR COLEMAN,
15              Defendant.
16
17         Upon oral motion of the defendant's counsel, for the reasons stated on the record,
18         **IT IS HEREBY ORDERED** that the Bureau of Prisons provide attorneys and/or
19    members of the defense team access to Mr. Matthew Taylor Coleman at his cell, without
20    the need for Mr. Coleman to be transported to a visiting room.
21         **IT IS SO ORDERED.**
22         Dated: 10/12/2023          _____
23                                    **HON. CATHY ANN BENCIVENGO**
24                                    United States District Judge
25
26
27
28