UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21cr2627-CAB<br><br>**ORDER DIRECTING BOP TO PROVIDE INVOLUNTARY MEDICATION PLAN** |
|---|---|

   On May 28, 2024, the United States filed a motion pursuant to *Sell v. United States*, 539 U.S. 166 (2003), setting forth the first requirement for a court order to have defendant Matthew Coleman involuntarily medicated to restore his competence to stand trial. To address the additional requirements set out in *Sell*, the Court hereby orders the Bureau of Prisons to provide a proposed treatment plan to restore Mr. Coleman's competence within 60 days of this order.

Dated: May 30, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge