```
TARA K. McGRATH
United States Attorney
KEVIN J. BUTLER, CBN 329129
BILLY JOE MCLAIN, CBN 290682
Special Assistant U.S. Attorneys
PETER KO, CBN 191994
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-7359
Email: peter.ko2@usdoj.gov
```

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 21CR2627-CAB |
|---|---|
| Plaintiff, | ) JOINT MOTION FOR EXTENSION OF TIME FOR BUREAU OF PRISONS TO PROVIDE TREATMENT PLAN |
| v. | ) |
| MATTHEW TAYLOR COLEMAN, | ) |
| Defendant. | ) |

   The United States of America and defendant Matthew Coleman jointly move the court to extend the deadline from July 30, 2024, to Monday, August 26, 2024, for the Bureau of Prisons to provide a proposed treatment plan to restore Coleman's competence.

   On May 30, 2024, the court ordered the Bureau of Prisons to provide the proposed plan within 60 days of the Order, i.e., by July 30, 2024. See ECF 66.

1

The United States did not immediately send the Order to the BOP because it was uncertain if the Order was final considering ECF 64.

The United States sent the Order to the BOP on June 25, 2024, after receiving confirmation that day that the Order was final.

The Bureau of Prisons has asked to have 60 days from its receipt of the Order to provide the proposed plan. The 60th day is Saturday, August 24, 2024. This motion therefore asks to extend the deadline to Monday, August 26, 2024.

DATED:   July 8, 2024

Respectfully submitted,

TARA K. McGRATH
United States Attorney

s/Peter Ko

KEVIN J. BUTLER
BILLY JOE MCLAIN
Special Assistant U.S. Attorneys

PETER KO
Assistant U.S. Attorney


s/Christy O'Connor (w/authorization)

CUAUHTEMOC ORTEGA
Federal Public Defender
ELENA SADOWSKY
Deputy Federal Public Defender

CHRISTY O'CONNOR
SEAN KEVIN KENNEDY
Counsel for Coleman

2