CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ELENA SADOWSKY (Bar No. 302053)
(E-Mail: Elena_Sadowsky@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-3218
Facsimile: (213) 894-0081

Attorneys for Defendant
Matthew Taylor Coleman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>　　　　Defendant. | Case No. 21-cr-2627-CAB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

　　　　Please remove Federal Public Defender Cuauhtemoc Ortega from the docket of this case. Deputy Federal Public Defender Elena Sadowsky, who is a member of the bar of this Court, will continue to serve as lead counsel for Mr. Coleman.

　　　　Please make all necessary changes to the court's Case Management/Electronic Case Filing system to accurately reflect the withdrawal of Mr. Ortega as counsel in this case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: July 18, 2024　　　　　　　　By   */s/Cuauhtemoc Ortega*
　　　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Matthew Taylor Coleman