CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ELENA SADOWSKY (Bar No. 302053)
(E-Mail: Elena_Sadowsky@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-3218
Facsimile: (213) 894-0081
CHRISTY O'CONNOR (Bar No. 250350)
(E-mail: Christy@christyoconnorlaw.com)
360 East 2nd St. Ste. 800
Los Angeles, California 90012
Telephone: 323-716-5959
SEAN KENNEDY (Bar No. 145632)
(E-mail: Sean.Kennedy@lls.edu)
919 S. Albany Street, Founders Hall 245
Los Angeles, California 90015
Telephone: (213) 736-8302

Attorneys for Defendant
Matthew Taylor Coleman

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>Defendant. | Case No. 21-cr-2627-CAB<br><br>**[PROPOSED] ORDER RE DEFENDANT MATTHEW TAYLOR COLEMAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF REGARDING SELL FACTOR ONE** |

  The Defendant Matthew Taylor Coleman moves without opposition for an extension of time in which to file his response regarding the first *Sell* factor, such that his response would be due August 21, 2024.

  The court has considered Mr. Coleman's request and incorporates its reasoning herein.

1

**IT IS HEREBY ORDERED** that Mr. Coleman's request is granted. His response regarding *Sell* factor number one shall be filed on or before August 21, 2024.

DATED:

By _____
HON. CATHY ANN BENCIVENGO
United States District Judge

2