# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>  Defendant. | Case No. 21-CR-2627-CAB<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT'S RESPONSE TO BOP'S TREATMENT PLAN** |

The defense filed a partially-opposed motion seeking to extend the briefing deadline for Defendant's Response to BOP's treatment plan.

IT IS HEREBY ORDERED the Court grants the defense's motion. The Defendant's brief shall be filed by February 18, 2025. Counsel is advised that no further extensions shall be granted.

IT IS FURTHER ORDERED the delay is excludable in computing time within which trial must start under 18 U.S.C. § 3161(h)(4), which excludes any period of delay resulting from the fact that the defendant is mentally incompetent to stand trial.

IT IS SO ORDERED.

DATED: 12/10/2024

HON. CATHY ANN BENCIVENGO
United States District Judge