UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>                          Defendant. | Case No.:  21cr2627-CAB<br><br>**ORDER SETTING HEARING** |

The Court will hold a hearing on the government's motion pursuant to *Sell v. United States* on April 15, 2025 at 3:00 p.m.  Counsel for the parties must attend the hearing in person.  The Court will provide a teleconference line for the BOP expert in this case by a separate minute order before the hearing.

**IT IS SO ORDERED.**

Dated:  March 27, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge