Attorney Name and Address:

Elena Sadowsky, DFPD
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

PHONE: 213-894-2644

_____ RETAINED   **x** APPOINTED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE: Cathy Ann Bencivengo          COURT REPORTER: Chari Bowery

UNITED STATES OF AMERICA          )
                                  )   CASE NO. 21-2627-CAB
       vs.                        )
                                  )   NOTICE OF APPEAL   (Criminal)
Matthew Taylor Coleman            )

Notice is hereby given that Matthew Taylor Coleman, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:   (check one)

(  ) Final Judgment
(  ) Sentence Only (sentence imposed) _____
(✓) Order (describe) Order Granting Government's Sell Motion to Involuntary Medicate Defendant
entered in this proceeding on the ___24___ day of ___April___, ___2025___
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)   _____ Yes   _____ No

Date: 4/24/25

/s/ Elena Sadowsky
Signature

Transcripts required*   **X** Yes   _____ No

Date (✓) Indictment   (  ) Information Filed: 9/8/21
Bail status: detained
Will there be a request to expedite the appeal?   **X** Yes   _____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

---

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009