```
ADAM GORDON
United States Attorney
KEITH D. ELLISON
Assistant United States Attorney
California Bar No. 307070
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9659

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW TAYLOR COLEMAN,<br><br>　　　　Defendant. | Case No.: 21-cr-02627-CAB<br><br><br>NOTICE OF APPEARANCE |

　　　TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

　　　I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

/ / /


KDE:ycf:5/28/2025

<u>Name</u>

**BILLY JOE MCLAIN, and**

**KEVIN JAMES BUTLER.**

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**PETER G KO.**

Please feel free to call me if you have any questions about this notice.

DATED: May 28, 2025

                                            Respectfully submitted,

                                            ADAM GORDON
                                            United States Attorney

                                            *s/Keith D. Ellison*
                                            KEITH D. ELLISON
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA