| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 2 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

MATTHEW TAYLOR COLEMAN,

    Defendant - Appellant.

No. 25-2703

D.C. No.
3:21-cr-02627-CAB-1
Southern District of California,
San Diego

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion (Docket Entry No. 42) by former Deputy Federal Public Defender Michael Gomez to be appointed under the Criminal Justice Act is granted. *See* 18 U.S.C. § 3006A. Counsel Gomez's appointment is effective as of October 1, 2025.

    The clerk will serve this order on appellant individually.