FILED

NOV 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MATTHEW TAYLOR COLEMAN, Defendant - Appellant. | No. 25-2703 D.C. No. 3:21-cr-02627-CAB-1 Southern District of California, San Diego ORDER |

Before: WARDLAW, BERZON, and MILLER, Circuit Judges.

On the court's own motion, oral argument is increased to twenty (20) minutes for each side.